05-CV-05816-STIP

Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC., an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD KUMAR, a resident of the state of Washington, JANE DOE KUMAR, and the marital community composed thereof,<br><br>Defendants. | NO. CV5-5816-RBL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I. STIPULATION

COME NOW THE PARTIES, by and through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the written, signed Settlement Agreement and Mutual Release between the parties, and hereby agree and stipulate to the dismissal of the above-entitled action in its entirety, with prejudice, and without costs and attorneys' fees as to any party.

STIPULATION AND ORDER OF DISMISSAL - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98101
(206) 223-7000

1  DATED this 7th day of December, 2006.

2

3                                               LANE POWELL PC

4

5  By _Brian Meenaghan_____
   Rudy A. England, WSBA No. 04123
6  Brian J. Meenaghan, WSBA No. 28264
   Attorneys for Plaintiff
7  Best Western International, Inc.

8

9                                               SMITH ALLING LANE PC

10

11 By _____
   Robert L. Michaels, WSBA No. 14752
12 Attorneys for Defendants
   Richard and Jane Doe Kumar

13

14                              **II. ORDER**

15     The parties having stipulated to the above terms in this matter; and the Court being fully

16 advised in the premises;

17     NOW, THEREFORE, IT IS ORDERED that the above-entitled action is dismissed in its

18 entirety, with prejudice, and without costs and attorneys' fees as to any party.

19

20     SO ORDERED this 11th day of December, 2006

21

22                                               _____
                                                 United States District Court Judge
23

24

25

26

STIPULATION AND ORDER OF DISMISSAL - 2

Case 3:05-cv-05816-RBL   Document 25   Filed 12/11/06   Page 3 of 3
Case 3:05-cv-05816-RBL   Document 24   Filed 12/06/2006   Page 3 of 3

1  Presented by:

2  LANE POWELL PC

3

4  By _____
   Rudy A. Englund, WSBA No. 04123
5  Brian J. Meenaghan, WSBA No. 28264
   Attorneys for Plaintiff
6  Best Western International, Inc.

7  LANE POWELL PC
   1420 Fifth Avenue, Suite 4100
8  Seattle, WA 98101
   Telephone: (206) 223-7000
9  Facsimile: (206) 223-7107

10

11 SMITH ALLING LANE PC

12

13 By _____
   Robert L. Michaels, WSBA No. 14752
14 Attorneys for Defendants
   Richard and Jane Doe Kumar
15
   SMITH ALLING LANE PC
16 1102 Broadway Plaza, #403
   Tacoma, WA 98402
17 Telephone: (253) 627-1091
   Facsimile: (253) 627-0123
18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98101
(206) 223-7000